Axel H. Richter (SBN. 87301)
LAW OFFICE OF AXEL H. RICHTER
11949 W. Jefferson BLVD., Suite 107
Culver City, CA 90230
Tel. (310) 302-0069
Fax. (310) 302-0098
e-mail: arichterlaw@yahoo.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In Re:

GEORGE MKITARIAN

        Debtor

) CHAPTER 13
) CASE NO. 2:22-bk-15448-VZ
)
) MOTION OBJECTING TO CLAIM
) No: 3 ON THE BANKRUPTCY
) COURT'S CLAIMS REGISTER, OF
) THE DEPARTMENT OF TRASURY -
) INTERNAL REVENUE SERVICE;
) REQUEST CLAIM TO BE
) DISALLOWED;
)
)
) Date:     5/08/2023
) Time:     11:30 AM
) Place:    255 E. Temple St.,
)           Los Angeles, CA 90012
)
) Courtroom 1368
) Floor: 13th

**TO THE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

George Mkitarian (herein "Debtor"hereby objects to the proof of claim of the Department of Treasury-Internal Revenue Service (herein "IRS") filed in the within case as follows:

**I.   STATEMENT OF FACTS**

The IRS filed a Proof of Claim (herein "POC") on November 15, 2022, referenced as Claim No: 3 on the Bankruptcy Court's Claim Register. The POC includes Assessed Taxes for the years 2008, 2009, 2010, 2012 and 2013 and in addition Estimated Taxes (no returns filed) for the years 2016, 2017, 2019, 2020, and 2021 in the total amount of $49,667.52. Attached hereto as Exhibit "1" is a true and correct copy of the IRS's proof of claim.

Due to financial and health issues the debtor had not been able to file all of his tax returns

as indicated above. The debtor is in the process to have prepared and to file his tax returns for the years 2016, 2017, 2019, 2020, and 2021 as stated as above. Upon receipt of his filed tax returns, the debtor respectfully requests, that the IRS amend it's proof of claim after the IRS reviewed the debtor's filed tax returns.

## II. ARGUMENT

### A. RESPONDENT CANNOT MEET ITS BURDEN OF PROOF TO PROVE ITS CLAIM BY A PREPONDERANCE OF THE EVIDENCE.

Upon objection to a proof of claim, once the moving party produces evidence and shows facts tending to defeat a claim, the ultimate burden of proof lies with the claimant to establish the validity of the claim based on a preponderance of the evidence. In re Polo Club Apartments Associates Ltd. Partnership, 150 B.R. 840 (1993), Bankr. Rule 3001(f). If the Debtor meets the burden of presenting evidence to rebut the presumed primae facie validity of a creditor's claim, then the creditor must present evidence to prove the claim and the ultimate burden of proof is therefore on the creditor to prove the claim. In re MacFarlane, 83 F.3d 1041-43 (9th Cir. 1996), citing In re Holm, 931 F.2d 620, 623 (9th Cir. 1991), and U.S. v. Sampsell, 224 F.2d 721, 722-23 (9th Cir. 1955). Thus, since the evidence presented herein rebuts the presumed validity of the claim, Respondent bears the ultimate burden of proof to show the validity of the claim.

### B. THE VALIDITY OF THE TAX CLAIM NEEDS TO BE ESTABLHED BASED ON THE DEBTOR'S FILED TAX RETURNS.

The tax assessments on the Respondent's proof of claim are based on "Estimated - No Tax Returns Filed", are allegedly different from a tax assessment, if the Debtor had filed his tax returns and the returns had been received and reviewed by respondent. The correct tax assessed amounts to be determined by the IRS upon review of the filed returns.

## III. CONCLUSION

Therefore, based on the foregoing statutory and decisional authority, it is respectfully requested that the court disallow the IRS claim until the IRS reviewed and amended it's proof of claim based on Debtor's filed tax returns.

DATED: March 22, 2023

Axel H. Richter, Attorney for Debtor

2

## DECLARATION OF GEORGE MKITARIAN

I, George Mkitarian, declare and state as follows:

1. I am over the age of eighteen years and I am the debtor in case number 2:22-bk-15448-VZ. I have personal knowledge of the facts contained herein and could and would competently testify thereto if called as witnesses.

2. The IRS filed a Proof of Claim (herein "POC") on November 15, 2022, referenced as Claim No. 3 on the Bankruptcy Court's Claim Register. The POC includes Assessed Taxes for the years 2008, 2009, 2010, 2012 and 2013 and in addition Estimated Taxes (no returns filed) for the years 2016, 2017, 2019, 2020, and 2021 in the total amount of $49,667.52.

3. Due to financial and health issues I had not been able to file all of my tax returns as indicated above. I am in the process to have prepared and file my tax returns for the years 2016, 2017, 2019, 2020, and 2021 as stated as above. Upon receipt of my filed tax returns, I respectfully request that the IRS amend it's proof of claim after the IRS reviewed my filed tax returns.

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 22nd day of March, 2023 at Culver City, California.

George Mkitarian

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11949 West Jefferson Blvd., Suite 107, Culver City, CA 90230

A true and correct copy of the foregoing document entitled (specify): **OBJECTION TO CLAIM No 3, ON THE BANKRUPTCY COURT'S CLAIMS REGISTER, OF THE INTERNAL REVENUE SERVICE;** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **3/23/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) **3/23/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/23/2023 | Axel Richter | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    4    F 9013-3.1.PROOF.SERVICE

## SERVICE LIST

| SERVED ELECTRONICALLY | SERVED BY U.S.MAIL |
|---|---|
| Nancy Curry<br>CHAPTER 13 TRUSTEE<br>TrusteeECFMail@gmail.com<br><br>Dane W Exnowski<br>Dane.exknowski@mcalla.com, bk.ca@mcalla.com<br>mccallarcf@ecf.courtdrive.com<br><br>Nichole Glowin<br>bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com<br><br>United States Trustee<br>ustpregion16.la.ecf@usdoj.gov | Honorable Vincent P. Zurzolo<br>United States Bankruptcy Court<br>255 E. Temple St., Suite 1360<br>Los Angeles, CA 90012<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><br>BK Specialist:<br>Internal Revenue Service<br>Insolvency Group 1<br>300 N. Los Angeles Street, M/S 5022<br>Los Angeles, CA 90012<br><br>Attorney General<br>United States of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044<br><br>United States Attorney's Office<br>Attn: Eileen M. Decker, Esq., Et al<br>Federal Building, Room 7211<br>300 North Los Angeles, Street<br>Los Angeles, CA 90012 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                       5                                              F 9013-3.1.PROOF.SERVICE

# EXHIBIT 1

---

**Fill in this information to identify the case:**

Debtor 1  GEORGE MKITARIAN

Debtor 2 (Spouse, if filing)

United States Bankruptcy Court for the: CENTRAL District of CALIFORNIA

Case number  2:22-BK-15448-VZ

---

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Department of Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
[X] No
[ ] Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Internal Revenue Service
Name
P.O. Box 7346
Number Street
Philadelphia     PA     19101-7346
City                State         ZIP Code

Contact phone  1-800-973-0424

Contact email

Creditor Number: 41309758

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

Where should payments to the creditor be sent? (if different)
Internal Revenue Service
Name
P.O. Box 7317
Number Street
Philadelphia     PA     19101-7317
City                State         ZIP Code

Contact phone  1-800-973-0424

Contact email

**4. Does this claim amend one already filed?**
[X] No
[ ] Yes. Claim number on court claims registry (if known) _____  Filed on _____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
[X] No
[ ] Yes. Who made the earlier filing?

---

Official Form 410                               Proof of Claim                                page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

6. **Do you have any number you use to identify the debtor?**
   - [ ] No
   - [X] Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment

7. **How much is the claim?** $ _____49,667.52_____. **Does this amount include interest or other charges?**
   - [ ] No
   - [X] Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Taxes

9. **Is all or part of the claim secured?**
   - [X] No
   - [ ] Yes. The claim is secured by a lien on property.

      **Nature of property:**
      - [ ] Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
      - [ ] Motor vehicle
      - [ ] Other. Describe: _____

      **Basis for perfection:** _____
      Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

      **Value of property:** $ _____
      **Amount of the claim that is secured:** $ _____
      **Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

      **Amount necessary to cure any default as of the date of the petition:** $ _____

      **Annual Interest Rate** (when case was filed) _____%
      - [ ] Fixed
      - [ ] Variable

10. **Is this claim based on a lease?**
    - [X] No
    - [ ] Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

11. **Is this claim subject to a right of setoff?**
    - [ ] No
    - [X] Yes. Identify the property: See Attachment

Official Form 410　　　　　　　　　　　　Proof of Claim　　　　　　　　　　　　page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☒ Yes. Check one: | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 19,503.23 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11/15/2022
                   MM / DD / YYYY

/s/ M. BAK
_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | M. | | BAK |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Bankruptcy Specialist | | |
| Company | Internal Revenue Service | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | IRS Insolvency Group 7  24000 AVILA ROAD 3rd Floor, M/S 5503 | | |
| | Number Street | | |
| | LAGUNA NIGUEL | CA | 92677 |
| | City | State | ZIP Code |
| Contact phone | (949) 575-6197 | Email | Myong.O.Bak@irs.gov |

# Proof of Claim for Internal Revenue Taxes



**Form 410**
Attachment

Department of the Treasury/Internal Revenue Service

**In the Matter of:** GEORGE MKITARIAN
3019 WILSHIRE BLVD #290
SANTA MONICA, CA 90403

| Case Number |
|---|
| 2:22-BK-15448-VZ |

| Type of Bankruptcy Case |
|---|
| CHAPTER 13 |

| Date of Petition |
|---|
| 10/05/2022 |

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

## Unsecured Priority Claims     under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-6552 | INCOME | 12/31/2019 | 11-ESTIMATED-SEE NOTE | $2,271.20 | $204.59 |
| XXX-XX-6552 | INCOME | 12/31/2020 | 11-ESTIMATED-SEE NOTE | $8,771.82 | $469.69 |
| XXX-XX-6552 | INCOME | 12/31/2021 | 11-ESTIMATED-SEE NOTE | $7,618.40 | $167.53 |
|  |  |  |  | $18,661.42 | $841.81 |

**Total Amount of Unsecured Priority Claims:** $19,503.23

## Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-6552 | INCOME | 12/31/2008 | 02/07/2011 | $0.00 | $1,587.86 |
| XXX-XX-6552 | INCOME | 12/31/2009 | 02/07/2011 | $4,220.00 | $2,612.46 |
| XXX-XX-6552 | INCOME | 12/31/2010 | 12/03/2012 | $3,734.00 | $1,987.24 |
| XXX-XX-6552 | INCOME | 12/31/2012 | 06/08/2015 | $0.00 | $121.64 |
| XXX-XX-6552 | INCOME | 12/31/2013 | 06/08/2015 | $0.00 | $442.67 |
| XXX-XX-6552 | INCOME | 12/31/2016 | 11-ESTIMATED-SEE NOTE | $2,306.80 | $601.51 |
| XXX-XX-6552 | INCOME | 12/31/2017 | 11-ESTIMATED-SEE NOTE | $2,089.40 | $440.50 |
|  |  |  |  | $12,350.20 | $7,793.88 |

Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . . $10,020.21

**Total Amount of Unsecured General Claims:** $30,164.29



*Continued from Page 1*

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.