Nancy Curry, Chapter 13 Trustee
1000 Wilshire Boulevard, Suite 870
Los Angeles, California 90017
Tel: (213) 689-3014
Fax: (213) 689-3055

**FILED & ENTERED**

MAY 15 2023

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Chapter 13 |
| | ) |
| | ) Case No. 2:22-bk-15448-VZ |
| GEORGE MKITARIAN, | ) |
| | ) **ORDER DENYING OBJECTION TO CLAIM NO. 3 ON THE BANKRUPTCY COURT'S CLAIMS REGISTER OF THE DEPARTMENT OF TREASURY – INTERNAL REVENUE SERVICE** |
| | ) Date: May 8, 2023 |
| | ) Time: 11:30 A.M. |
| | ) Place: 255 E. Temple Street |
| Debtor. | )         Courtroom 1368, Los Angeles, CA 90012 |

On May 8, 2023 , a hearing was held on Objection to Claim #3 of the Department of Treasury – Internal Revenue Service ("Objection"). Appearances were as noted in the record. Based on the findings and conclusions made on the record, IT IS ORDERED that the Objection is DENIED.

###

Date: May 15, 2023

*/s/ Vincent P. Zurzolo*
Vincent P. Zurzolo
United States Bankruptcy Judge